# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>　　*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU, in her Official Capacity as United States Secretary of Labor, THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR, and JESSICA LOOMAN, in her Official Capacity as Administrator of the Wage and Hour Division,<br>　　*Defendants*. | CIVIL ACTION NO. 4:24-CV-00499 |

## PROPOSED ORDER

Before the Court is Plaintiffs' motion for a temporary restraining order and/or a preliminary injunction against the challenged rule ("*Defining and Delimiting the Exemptions for Executive, Professional, Outside Sales, and Computer Employees*," 89 Fed. Reg. 32842). Having considered the pleadings, arguments of counsel, and the applicable law, Plaintiffs' motion is **GRANTED.**

IT IS ORDERED, pending further order of the Court, that the challenged rule's effective date is postponed under 5 U.S.C. § 705.

IT IS FURTHER ORDERED, pending further order of the Court, that Defendants are

enjoined from applying or enforcing the rule.

SIGNED on this the _____ day of _____

_____
United States District Judge