IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:24-cv-499 |

**JOINT MOTION FOR A SCHEDULING ORDER**

Plaintiff, State of Texas, and Defendants, United States Department of Labor, Julie A. Su, in her Official Capacity as Secretary of Labor, the Wage and Hour Division of the Department of Labor, and Jessica Looman, in her Official Capacity as Administrator of the Wage and Hour Division, jointly move that the Court enter the following briefing schedule for Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule, ECF No. 2 (Plaintiffs' Motion), which Defendants oppose:

| | |
|---|---|
| Defendants' Response to Plaintiff's Motion | Due by June 17, 2024 |
| Plaintiff's Reply, if any | Due by June 21, 2024 |

| | |
|---|---|
| Dated: June 4, 2024 | Respectfully submitted, |
| | |
| **KEN PAXTON** <br> Attorney General | /s/ *Kathleen T. Hunker* <br> **KATHLEEN T. HUNKER** <br> Special Counsel <br> Tex. State Bar No. 24118415 |
| **BRENT WEBSTER** <br> First Assistant Attorney General | **SUSANNA DOKUPIL** <br> Special Counsel <br> Tex. State Bar No. 24034419 |
| **RALPH MOLINA** <br> Deputy Attorney General for Legal Strategy | **GARRETT GREENE** <br> Special Counsel <br> Tex. State Bar No. 24096217 |
| **RYAN D. WALTERS** <br> Chief, Special Litigation Division | **MUNERA AL-FUHAID** <br> Special Counsel <br> Tex. State Bar No. 24094501 |

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Kathleen.Hunker@oag.texas.gov
Susanna.Dokupil@oag.texas.gov
Garrett.greene@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov

**COUNSEL FOR PLAINTIFF**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 305-7667
brian.c.rosen-shaud@usdoj.gov

**COUNSEL FOR DEFENDANTS**

2