UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff*,<br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU, in her Official Capacity as United States Secretary of Labor, THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR, and JESSICA LOOMAN, in her Official Capacity as Administrator of the Wage and Hour Division,<br>    *Defendants*. | § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 4:24-CV-00499 |

**PROPOSED ORDER**

Before the Court is the Parties' Joint Motion for a Scheduling Order, which pertains to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule. Having considered the pleadings, arguments of counsel, and the applicable law, Plaintiffs' motion is **GRANTED.**

IT IS ORDERED, pending further order of the Court, that Defendants' Response to Plaintiff's Motion is due June 17, 2024.

IT IS FURTHER ORDERED, pending further order of the Court, that Plaintiff's reply, if any, is due June 21, 2024.