# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-499 |
| | § | Judge Mazzant |
| UNITED STATES DEPARTMENT OF LABOR, et al., | § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER

On May 22, 2024, *Plano Chamber of Commerce, et al. v. United States Department of Labor, et al.*, 4:24-CV-468 (E.D. Tex.), was filed and assigned to the Honorable Sean D. Jordan. That case was the first case filed in the Sherman Division of the United States District Court for the Eastern District of Texas challenging *Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees*, 89 F<small>ED</small>. R<small>EG</small>. 32842 (Apr. 26, 2024) (to be codified at 29 C.F.R. pt. 541). Because the present case challenges the same regulations as the first-filed case, the Court transfers the present case to the Honorable Sean D. Jordan.

It is therefore **ORDERED** that this case is **TRANSFERRED WITHOUT DELAY** to the Honorable Sean D. Jordan.

**IT IS SO ORDERED.**

**SIGNED this 4th day of June, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE