UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| v. | § CIVIL NO. 4:24-CV-499-SDJ |
| | § |
| UNITED STATES DEPARTMENT | § |
| OF LABOR, ET AL. | § |

## ORDER

On May 22, 2024, *Plano Chamber of Commerce, et al. v. United States Department of Labor, et al.*, 4:24-CV-468 (E.D. Tex.) (the "Business Organizations" case), was filed in this Court and assigned to the undersigned. On June 3, 2024, the above-captioned case, *State of Texas v. United States Department of Labor, et al.*, 4:24-CV-499 (E.D. Tex.) (the "Texas" case), was filed and assigned to the Honorable Amos L. Mazzant. Both suits challenge the United States Department of Labor's *Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees*, 89 FED. REG. 32842 (Apr. 26, 2024) (to be codified at 29 C.F.R. pt. 541) (the "2024 Rule"). Texas has also submitted its Motion for Temporary Restraining Order and/or Preliminary Injunction and/or To Postpone the Effective Date of the 2024 Rule (Texas's "Injunctive Relief Motion").

On June 4, 2024, the Honorable Amos L. Mazzant transferred the Texas case to the undersigned. Having both the Texas case and the Business Organizations case now before it, the Court anticipates taking the following actions: (1) consolidating the actions pursuant to Federal Rule of Civil Procedure 42 and designating the Texas case as the lead case; (2) consistent with the joint request made by Texas and the

Government Defendants in the Texas case, (Dkt. #7), setting the Government Defendants' deadline to respond to Texas's Injunctive Relief Motion for June 17, 2024, and Texas's deadline to reply for June 21, 2024; and (3) setting a hearing on Texas's Injunctive Relief Motion for June 24, 2024.

It is **ORDERED** that the parties may each submit an advisory to the Court, not to exceed **three pages**, by no later than **1:00 p.m.** on **Friday, June 7, 2024**, concerning their positions on consolidation and the proposed schedule for Texas's Injunctive Relief Motion.

**So ORDERED and SIGNED this 5th day of June, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE