IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:24-cv-499 |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE TO STATE'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/ OR PRELIMINARY INJUNCTION**

　　　　The State of Texas commenced this lawsuit on Monday, June 3, 2024. That same day, it filed its Motion for Temporary Restraining Order and/or Preliminary Injunction, which argued that the Department of Labor's new overtime rule violated the Administrative Procedures Act, and that Texas would be irreparably injured absent relief from this Court. Because Texas filed its Motion mere hours after it initiated this lawsuit, counsel for Defendants had not yet appeared and therefore would not have received an ECF notice. To rectify this problem, Texas contacted the appropriate attorneys at the Department of Justice and notified them of the litigation and forwarded them copies all relevant pleadings.  These latter actions were not reflected in the certificate of service. Accordingly, Texas hereby amends its certificate of service to state the following:

　　　　"I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 3, 2024 and that all counsel of record were served by CM/ECF. I further certify that I conferred with counsel for Defendants

by phone and email on Monday, June 3, 2024, whereby I emailed him an electronic copy of the foregoing documents. A physical copy of the foregoing documents will be attached to the complaint when Texas effectuates service."

Dated: June 6, 2024

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division

*s/ Kathleen T. Hunker*
**KATHLEEN T. HUNKER**
Special Counsel
Tex. State Bar No. 24118415

**SUSANNA DOKUPIL**
Special Counsel
Tex. State Bar No. 24034419

**GARRETT GREENE**
Special Counsel
Tex. State Bar No. 24096217

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Kathleen.Hunker@oag.texas.gov
Susanna.Dokupil@oag.texas.gov
Garrett.greene@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**