IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:24-cv-499 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Brian C. Rosen-Shaud of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of all defendants in the above-captioned case.

Dated: June 6, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　JULIE STRAUS HARRIS
　　　　　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　 /s/ *Brian Rosen-Shaud*
　　　　　　　　　　　　　　　　　　　　BRIAN C. ROSEN-SHAUD
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L. Street, NW
　　　　　　　　　　　　　　　　　　　　Washington D.C. 20005
　　　　　　　　　　　　　　　　　　　　(202) 305-7667
　　　　　　　　　　　　　　　　　　　　brian.c.rosen-shaud@usdoj.gov