UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-499-SDJ |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF LABOR, ET AL. | § | |

## ORDER

Before the Court is Plaintiff State of Texas and the Government Defendants' Joint Motion for a Scheduling Order, (Dkt. #7), wherein the parties request that the Court enter a briefing schedule for Texas's Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule ("Injunctive Relief Motion"), (Dkt. #2). Having considered the Joint Motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the Joint Motion, (Dkt. #7), is **GRANTED**. It is further **ORDERED** that Defendants shall respond to the Injunctive Relief Motion on or before **June 17, 2024**. Texas's reply, if any, is due on or before **June 21, 2024**.

It is further **ORDERED** that a hearing on the Injunctive Relief Motion shall take place on **Monday, June 24, 2024**, at **1:30 p.m.**, at the United States Courthouse, Courtroom 105, 7940 Preston Road, Plano, TX 75024.

**So ORDERED and SIGNED this 7th day of June, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE