AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
United States District Court for the Eastern District of Texas, Sherman Division

| | |
|---|---|
| State of Texas<br>*Plaintiff*<br>v.<br>U.S. Dept of Labor, Julie A. Su Secretary of Labor, The Wage & Hour Division of Dept. of Labor, and Jessica Looman Administrator of Wage and Hour Division<br>*Defendant* | )<br>)<br>) Civil Action No. 4:24-CV-00499<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     United States Department of Labor


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Office of the Attorney General of Texas-Special Litigation Division , Jessica Yvarra

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-CV-00499

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>United States Department of Labor</u> was received by me on *(date)* <u>Jun 4, 2024, 4:48 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Paul Reyna, Legal Assistant</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>United States Department of Labor</u> on *(date)* <u>Fri, Jun 07 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0</u>.

I declare under penalty of perjury that this information is true.

Date: 06/07/2024

_____
*Server's signature*

Jennifer Carrington PSC 20856
_____
*Printed name and title*

3604 Alder Dr, McKinney, TX 75071
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 7, 2024, 12:00 pm CDT at Company: One Grand Centre 600 E Taylor St Suite 2000, Sherman, TX 75090 received by United States Department of Labor.
A dark Caucasian, possibly Hispanic male who is approximately 40-50 years old, approximately 5'10 in height with closely shaved dark hair and wearing glasses, identified himself as Paul Reyna, an authorized person to accept service for the US attorneys office and took possession of all of the documents.