IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>              Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>              Defendants. | Case No. 4:24-cv-499 |

**UNOPPOSED MOTION TO ENLARGE PAGE LIMITATION**

      Defendants, the United States Department of Labor, Julie A. Su, in her official capacity as Acting Secretary of Labor, the Wage and Hour Division of the Department of Labor, and Jessica Looman, in her official capacity as Administrator of the Wage and Hour Division, respectfully move to enlarge the page limitation for Defendants' opposition to Plaintiff's motion for preliminary relief to 30 pages. Good cause supports Defendants' request to exceed the presumptive 15-page limit. To prepare a response that will best aid the Court in adjudicating Plaintiff's motion for the extraordinary remedy of preliminary relief, Defendants must address governing law including the Fair Labor Standards Act; the regulatory history of the Department of Labor's use of a salary level test to define and delimit the exemption for executive, administrative, or professional employees, including the Department's 2024 action at issue in this litigation; the four *Winters* factors for preliminary relief; and the scope of any relief. The requested enlargement of pages will facilitate Defendants' submission of such a brief. Plaintiff is unopposed to this motion.

Dated: June 12, 2024                    Respectfully submitted,
                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        JULIE STRAUS HARRIS
                                        Assistant Director, Federal Programs Branch

                                        /s/ *Brian Rosen-Shaud*
                                        BRIAN C. ROSEN-SHAUD
                                        CHRISTINE L. COOGLE
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L. Street, NW
                                        Washington D.C. 20005
                                        (202) 305-7667
                                        brian.c.rosen-shaud@usdoj.gov

                                        *Counsel for Defendants*


                            Certificate of Conference

I certify that I conferred with opposing counsel pursuant to Local Rule CV-7(h). Plaintiff is unopposed to the motion.

                                        /s/ *Brian Rosen-Shaud*
                                        BRIAN C. ROSEN-SHAUD