# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR *et al.*, <br><br> Defendants. | Case No. 4:24-cv-499 |

# [PROPOSED] ORDER

Defendants have moved for an enlargement of the page limit to 30 pages for their opposition to Plaintiff's motion for preliminary relief.

IT IS HEREBY ORDERED that Defendants' unopposed motion is GRANTED.

SIGNED this ___ day of June, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE