UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS § | |
| § | |
| v. § | CIVIL NO. 4:24-CV-499-SDJ |
| § | |
| UNITED STATES DEPARTMENT § | |
| OF LABOR, ET AL. § | |

### ORDER

Before the Court is Defendants' Unopposed Motion to Enlarge Page Limitation. (Dkt. #19). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the Motion, (Dkt. #19), is **GRANTED**. Defendants' response to Plaintiff's Injunctive Relief Motion, (Dkt. #2), shall not exceed **thirty pages**.

So ORDERED and SIGNED this 13th day of June, 2024.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE