IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>             Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>             Defendants. | Case No. 4:24-cv-499 |

**[PROPOSED] ORDER**

Have considered Plaintiff's motion for injunctive relief, ECF No. 2, Defendants' opposition, Plaintiff's reply, and the relevant case law,

IT IS HEREBY ORDERED that Plaintiff's motion is DENIED.

SIGNED this ___ day of ____, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE