IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>　　　　Defendants. | Case No. 4:24-cv-499 |

### DEFENDANTS' NOTICE

Defendants provide notice that the Stein Report, the Weiss Report, and the Kantor Report, first cited in footnote one of Defendants' opposition brief, ECF No. 22, are available on the rulemaking docket for Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees, WHD-2023-0001, at https://www.regulations.gov/docket/WHD-2023-0001/document.  Specifically, each may be found as follows:

| | |
|---|---|
| Stein Report | https://www.regulations.gov/document/WHD-2023-0001-0003 |
| Weiss Report | https://www.regulations.gov/document/WHD-2023-0001-0004 |
| Kantor Report | https://www.regulations.gov/document/WHD-2023-0001-0002 |

Dated: June 18, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　JULIE STRAUS HARRIS
　　　　　　　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
CHRISTINE L. COOGLE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, D.C. 20005
(202) 305-7667
brian.c.rosen-shaud@usdoj.gov
