AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24-cv-00499-SDJ |
| U.S. DEPARTMENT OF LABOR, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plano Chamber of Commerce.

Date: 06/21/2024

/s/ Robert F. Friedman
*Attorney's signature*

Robert F. Friedman, Bar No. 10245
*Printed name and bar number*
Littler Mendelson, P.C.
2001 Ross Avenue
Suite 1500
Dallas, TX 75201
*Address*

rfriedman@littler.com
*E-mail address*

(214) 880-8100
*Telephone number*

(214) 880-8101
*FAX number*