IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| **U.S. DEPARTMENT OF LABOR, et al.,** | § § | Civil Action No. 4:24-cv-499 |
| Defendants. | § § § § | |

**ORDER**

Plano Chamber of Commerce *et al.*'s Opposed Motion for Leave to File Brief *Amici Curiae* in support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule is hereby granted.

**IT IS SO ORDERED.**

_____
United States District Court Judge