## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

STATE OF TEXAS,

                Plaintiff,

      v.

U.S. DEPARTMENT OF LABOR *et al.*,

                Defendants.

Case No. 4:24-cv-499

### [PROPOSED] ORDER

Movants seek leave to file an amicus brief.

IT IS HEREBY ORDERED that the motion for leave to file an amicus brief is DENIED.

The brief filed without leave of the Court, ECF No. 26, is STRIKEN.

SIGNED this ___ day of June, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE