UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-499-SDJ |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF LABOR, ET AL. | § | |

### ORDER

Before the Court is the Opposed Motion by Plano Chamber of Commerce *et al.* for Leave to File Brief *Amici Curiae* in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule. (Dkt. #25). Having considered the motion, the Court concludes that it should be denied.

It is therefore **ORDERED** that the Motion, (Dkt. #25), is **DENIED**. Plano Chamber of Commerce *et al.*'s Brief *Amici Curiae* in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule, (Dkt. #26), is **STRICKEN**.

So ORDERED and SIGNED this 21st day of June, 2024.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE