IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS §<br>    *Plaintiffs*, §<br>§<br>v. §<br>§<br>UNITED STATES DEPARTMENT OF LABOR, §<br>JULIE A. SU, IN HER OFFICIAL CAPACITY §<br>AS UNITED STATES SECRETARY OF §<br>LABOR, THE WAGE AND HOUR DIVISION §<br>OF THE DEPARTMENT OF LABOR AND §<br>JESSICA LOOMAN IN HER OFFICIAL §<br>CAPACITY AS ADMINISTRATOR OF THE §<br>WAGE AND HOUR DIVISION., et al., §<br>    *Defendants.* § | CIVIL ACTION NO. 4:24-cv-00499 |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR REPLY IN SUPPORT FOR THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION AND/OR TO POSTPONE THE EFFECTIVE DATE OF THE 2024 RULE**

    Plaintiffs, the State of Texas, respectfully move to enlarge the page limitation for their Reply in Support of their Motion for Preliminary Injunction and/or Temporary Restraining Order to exceed the page limit by 11 pages, making the combined filing <u>16</u> pages. Plaintiffs' reply responds to Defendants' opposition, which involves complex matters of regulatory interpretation upon which depend matters of national importance, and Plaintiffs require these extra pages to adequately respond. They seek this enlargement for good cause and in the interest of justice. Defendants do not oppose this motion.

Date: June 21, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division

Respectfully submitted.

*/S/KATLEEN T. HUNKER*
**KATHLEEN T. HUNKER**
Special Counsel
Tex. State Bar No. 24118415

**SUSANNA DOKUPIL**
Special Counsel
Tex. State Bar No. 24034419

**GARRETT GREENE**
Special Counsel
Tex. State Bar No. 24096217

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Walters@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov
Susanna.Dokupil@oag.texas.gov
Kathleen.Hunker@oag.texas.gov
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I certify that on June 21, 2024, the Plaintiff's Counsel conferred with Defendant's Counsel via email, and they communicated that their clients are not opposed to this motion.

/s/ *Kathleen T. Hunker*
Kathleen T. Hunker

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 21, 2024 and that all counsel of record were served by CM/ECF.

/s/ *Kathleen T. Hunker*
Kathleen T. Hunker