IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **STATE OF TEXAS** § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> **UNITED STATES DEPARTMENT OF LABOR,** § <br> **JULIE A. SU, IN HER OFFICIAL CAPACITY** § <br> **AS UNITED STATES SECRETARY OF** § <br> **LABOR, THE WAGE AND HOUR DIVISION** § <br> **OF THE DEPARTMENT OF LABOR AND** § <br> **JESSICA LOOMAN IN HER OFFICIAL** § <br> **CAPACITY AS ADMINISTRATOR OF THE** § <br> **WAGE AND HOUR DIVISION., et al.,** § <br> *Defendants.* § | **CIVIL ACTION NO. 4:24-cv-00499** |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

On this date, the Court considered Plaintiff's Motion for Leave to Exceed the Page Limit for their Reply in support of their Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Exceed Page Limits is hereby **GRANTED** and that Plaintiff's Reply is deemed filed on the signing of this order.

SIGNED on this the _____ day of _____.

_____
Hon. Sean D. Jordan