UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| v. | § CIVIL NO. 4:24-CV-499-SDJ |
| | § |
| UNITED STATES DEPARTMENT | § |
| OF LABOR, ET AL. | § |

## ORDER

Before the Court is Texas's Motion for Leave to Exceed the Page Limit for [its] Reply in Support for [its] Motion for Temporary Restraining Order and/or Preliminary Injunction and/or to Postpone the Effective Date of the 2024 Rule. (Dkt. #30). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the Motion, (Dkt. #30), is **GRANTED**. Texas's reply, (Dkt. #31), is deemed properly filed.

**So ORDERED and SIGNED this 24th day of June, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE