# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**STATE OF TEXAS**

v.                                                                              Case No. 4:24cv499

**UNITED STATES DEPARTMENT OF LABOR, ET AL**

PLAINTIFF:  Susanna Dokupil, Garrett Greene

DEFENDANT: Brian Rosen-Shaud

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 6/24/2024.

**Motion Hearing (de#2)**

| | |
|---|---|
| 1:35 pm | The Court called the case, noting the appearance of counsel and parties. |
| 1:37 pm | Ms. Dokupil for the Plaintiff presents argument to the Court. |
| 1:54 pm | Mr. Greene for the Plaintiff presents argument to the Court. |
| 2:04 pm | Mr. Rosen-Shaud for the Defendant responds. |
| 2:44 pm | Mr. Greene replies. |
| 2:50 pm | Ms. Dokupil replies. |
| 2:54 pm | Mr. Rosen-Shaud responds. |
| 2:55 pm | Court adjourned. |