UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO. 4:24-CV-499-SDJ LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL. v. UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § | CIVIL NO. 4:24-CV-468-SDJ |

## ORDER

The Court anticipates resolving the claims made in these consolidated cases via cross-motions for summary judgment. Accordingly, it is **ORDERED** that the parties confer and jointly submit a proposed schedule for summary-judgment briefing by no later than **July 8, 2024**.

**So ORDERED and SIGNED this 1st day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE