**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| STATE OF TEXAS, | Case No. 4:24-cv-499-SDJ |
|        Plaintiff, | (Lead Case) |
| PLANO CHAMBER OF COMMERCE, *et al.*, | Case No. 4:24-cv-468-SDJ |
|        Plaintiffs, | |
|    v. | |
| U.S. DEPARTMENT OF LABOR, *et al.*, | |
|        Defendants. | |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's July 1, 2024 Order, ECF No. 40, the parties have conferred and submit the following:

Defendants will file a certified index of the administrative record by July 9, 2024.

Texas, Plano Chamber of Commerce, *et al.*, (the "Business Plaintiffs"), and Defendants jointly propose the following briefing schedule to resolve the claims presented in 4:24-cv-499 and 4:24-cv-468:

1) The Business Plaintiffs will file a motion for summary judgment by July 18, 2024;

2) Texas will file a motion for summary judgment by July 25, 2024;

3) Defendants will file an opposition and a cross motion by August 8, 2024;

4) Plaintiffs will file oppositions and replies by August 29, 2024;

5) Defendants will file a reply by September 19, 2024.

Date: July 8, 2024

Respectfully submitted.

**KEN PAXTON**
Attorney General

*/s/KATHLEEN T. HUNKER*
**KATHLEEN T. HUNKER**
Special Counsel
Tex. State Bar No. 24118415

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**SUSANNA DOKUPIL**
Special Counsel
Tex. State Bar No. 24034419

**RYAN D. WALTERS**
Chief, Special Litigation Division

**GARRETT GREENE**
Special Counsel
Tex. State Bar No. 24096217

**MUNERA AL-FUHAID**
Special Counsel
Tex. State Bar No. 24094501

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Kathleen.Hunker@oag.texas.gov
Susanna.Dokupil@oag.texas.gov
Garrett.Greene@oag.texas.gov
Munera.Al-fuhaid@oag.texas.gov

**COUNSEL FOR STATE OF TEXAS**


*/s/ Robert F. Friedman*
Robert F. Friedman
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201
(214) 880-8100
(214) 880-8101 (Fax)
rfriedman@littler.com

Maurice Baskin (pro hac vice)
James A. Paretti, Jr. (pro hac vice)
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W.
Washington, D.C. 20006
(202) 772-2526
mbaskin@littler.com

Counsel for the Business Plaintiffs

2

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
CHRISTINE L. COOGLE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street NW
Washington, D.C. 20005
(202) 305-7667
brian.c.rosen-shaud@usdoj.gov

Counsel for Defendants