UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO.  4:24-CV-499-SDJ<br>LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL.<br><br>v.<br>UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § | CIVIL NO.  4:24-CV-468-SDJ |

## SCHEDULING ORDER

Before the Court is the parties' Joint Proposed Briefing Schedule for cross-motions for summary judgment. (Dkt. #41). In accordance with the joint proposal, the Court enters the following briefing schedule:

- Business Plaintiffs shall file a motion for summary judgment by **July 18, 2024**;

- The State of Texas shall file a motion for summary judgment by **July 25, 2024**;

- Defendants shall file an opposition and a cross-motion for summary judgment by **August 8, 2024**;

- Plaintiffs shall file oppositions and replies by **August 29, 2024**;

- Defendants shall file a reply by **September 19, 2024**.

**So ORDERED and SIGNED this 9th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE