IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>　　　　Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br><br>Case No. 4:24-cv-468-SDJ |

**NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD INDEX**

　　Defendants provide notice that they served the attached certified administrative record index, as well as parts of the record that are not publicly accessible online, on Plaintiffs on July 9, 2024.

　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　JULIE STRAUS HARRIS
　　　　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　/s/ *Brian Rosen-Shaud*
　　　　　　　　　　　　　　　　　　　BRIAN C. ROSEN-SHAUD
　　　　　　　　　　　　　　　　　　　CHRISTINE L. COOGLE
　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　1100 L. Street NW
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　(202) 305-7667
　　　　　　　　　　　　　　　　　　　brian.c.rosen-shaud@usdoj.gov
　　　　　　　　　　　　　　　　　　　Counsel for Defendants