**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| STATE OF TEXAS, | No. 4:24-cv-499-SDJ |
| | (Lead Case) |
| | |
| PLANO CHAMBER OF COMMERCE, et al., | No. 4:24-cv-468-SDJ |
| | |
| Plaintiffs, | |
| v. | |
| | |
| UNITED STATES DEPARTMENT OF LABOR et al., | |
| | |
| Defendants. | |

## <u>CERTIFICATION OF ADMINISTRATIVE RECORD</u>

I, Daniel Navarrete, Acting Director of the Division of Regulations, Legislation, and Interpretation of the Department of Labor's Wage and Hour Division, hereby certify that to the best of my knowledge and belief the materials listed below constitute a true, accurate, and complete list of the documents and authorities comprising the administrative record before the Wage and Hour Division in connection with the Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees rulemaking (Docket ID WHD-2023-0001), including (where applicable) the web address where each document may be accessed on the publicly available official rulemaking docket or other public website:

I.      <u>Documents in Docket ID WHD-2023-0001</u>

1.      Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Notice of Proposed Rulemaking,

published in the Federal Register on September 8, 2023, at 88 Fed. Reg. 62152, and also available at https://www.regulations.gov/document/WHD-2023-0001-0001

2.    Response to Request to Extend the Comment Period; Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, published on October 10, 2023, https://www.regulations.gov/document/WHD-2023-0001-1785

3.    Appendix (Exhibits A and B); Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, published on September 8, 2023, https://www.regulations.gov/document/WHD-2023-0001-0006

4.    100 Word Summary; Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, published on September 14, 2023, https://www.regulations.gov/document/WHD-2023-0001-0099

5.    Report of the Minimum Wage Study Commission, Volume IV, Exemptions from the Fair Labor Standards Act: Outside Salesworkers and Executive, Administrative, and Professional Employees, by Conrad Fritsch, Senior Economist, Minimum Wage Study Commission, and Kathy Vandell, Research Assistant, Minimum Wage Study Commission (June 1981), https://www.regulations.gov/document/WHD-2023-0001-0005

6.    Report and Recommendations on Proposed Revision of Regulations, Part 541, Under the Fair Labor Standards Act, by Harry S. Kantor, Assistant Administrator, Office of Regulations and Research, Wage and Hour and Public Contracts Divisions, U.S. Department of Labor (March 3, 1958), https://www.regulations.gov/document/WHD-2023-0001-0002

7.      Report and Recommendations on Proposed Revisions of Regulations, Part 541, by Harry Weiss, Presiding Officer, Wage and Hour and Public Contracts Division, U.S. Department of Labor (June 30, 1949), https://www.regulations.gov/document/WHD-2023-0001-0004

8.      "Executive, Administrative, Professional . . . Outside Salesman" Redefined, Wage and Hour Division, U.S. Department of Labor, Report and Recommendations of the Presiding Officer [Harold Stein] at Hearings Preliminary to Redefinition (Oct. 10, 1940), https://www.regulations.gov/document/WHD-2023-0001-0003

9.      The approximately 33,300 comments received in response to the Notice of Proposed Rulemaking, during the September 8, 2023 to November 7, 2023 comment period, https://www.regulations.gov/docket/WHD-2023-0001/comments

10.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Final Rule, published in the Federal Register on April 26, 2024 at 89 Fed. Reg. 32842, and also available at https://www.regulations.gov/document/WHD-2023-0001-26291

II.    Cases

11.     *Amusement & Music Operators Ass'n v. Copyright Royalty Tribunal*, 676 F.2d 1144 (7th Cir. 1982)

12.     *Auer v. Robins*, 519 U.S. 452 (1997)

13.     *Batterton v. Francis*, 432 U.S. 416 (1977)

14.     *Chevron, U.S.A., Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837 (1984)

15.     *Donovan v. Burger King Corp.*, 672 F.2d 221 (1st Cir. 1982)

16.     *Donovan v. Burger King Corp.*, 675 F.2d 516 (2d Cir. 1982)

17.     *Davis Cnty. Solid Waste Mgmt. v. EPA*, 108 F.3d 1454 (D.C. Cir. 1997)

18.    *Ellis v. J.R.'s Country Stores, Inc.*, 779 F.3d 1184 (10th Cir. 2015)

19.    *Fanelli v. U.S. Gypsum Co.*, 141 F.2d 216 (2d Cir. 1944)

20.    *Helix Energy Solutions Group, Inc. v. Hewitt*, 143 S. Ct. 677 (2023)

21.    *Idaho Sheet Metal Works, Inc. v. Wirtz*, 383 U.S. 190 (1966)

22.    *K-Mart Corp. v. Cartier*, 486 U.S. 281 (1988)

23.    *Long Island Care at Home, Ltd. v. Coke*, 551 U.S. 158 (2007)

24.    *Mayfield v. U.S. Department of Labor*, No. 1:22-CV-792-RP, 2023 WL 6168251

(W.D. Tex. Sept. 20, 2023), *appeal docketed*, No. 23-50724 (5th Cir. Oct. 11, 2023)

25.    *Nevada v. U.S. Department of Labor*, 218 F. Supp. 3d 520 (E.D. Tex. 2016)

26.    *Nevada v. U.S. Department of Labor*, 275 F. Supp. 3d 795 (E.D. Tex. 2017)

27.    *Walling v. Gen. Indus. Co.*, 330 U.S. 545 (1947)

28.    *Walling v. Yeakley*, 140 F.2d 830 (10th Cir. 1944)

29.    *Wirtz v. Miss. Publishers Corp.*, 364 F.2d 603 (5th Cir. 1966)

III.    <u>Executive Orders</u>

30.    Executive Order 12866 of September 30, 1993, Regulatory Planning and Review,

published in the Federal Register at 58 Fed. Reg. 51735

31.    Executive Order 13132 of August 4, 1999, Federalism, published in the Federal

Register at 64 Fed. Reg. 43255

32.    Executive Order 13175 of November 6, 2000, Consultation and Coordination

With Indian Tribal Governments, published in the Federal Register at 65 Fed. Reg. 67249

33.    Executive Order 13563 of January 18, 2011, Improving Regulation and

Regulatory Review, published in the Federal Register at 76 Fed. Reg. 3821

34.    Executive Order 14094 of April 6, 2023, Modernizing Regulatory Review, published in the Federal Register at 88 Fed. Reg. 21879

IV.    Federal Statutes and Related Materials

35.    2 U.S.C. § 1501 *et seq.*

36.    2 U.S.C. § 1532

37.    5 U.S.C. § 553

38.    5 U.S.C § 601–612

39.    5 U.S.C. § 801

40.    29 U.S.C. § 203

41.    29 U.S.C. § 204

42.    29 U.S.C. § 206

43.    29 U.S.C. § 207

44.    29 U.S.C. § 213

45.    29 U.S.C. § 218

46.    44 U.S.C. § 3501

47.    44 U.S.C. § 3506

48.    44 U.S.C. § 3507

49.    National Industrial Recovery Act, Pub. L. 73-67, 48 Stat. 195 (June 16, 1933)

50.    Fair Labor Standards Act of 1938, Pub. L. 75-718, 52 Stat. 1060 (June 25, 1938)

51.    An Act to Amend the Fair Labor Standards Act of 1938, as amended, to restrict its application in certain overseas areas, and for other purposes. Pub. L. 85-231, 71 Stat. 514 (Aug. 30, 1957)

52.     Joint Resolution To approve the "Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Unions with the United States of America", and for other purposes. Pub. L. 94–241, 90 Stat. 268 (Mar. 24, 1976)

53.     Fair Labor Standards Amendments of 1989, Pub. L. 101-157, 103 Stat. 938 (Nov. 17, 1989)

54.     An Act To eliminate "substantial documentary evidence" requirement for minimum wage determination in American Samoa and for other purposes, Pub. L. 101-583, 104 Stat. 2871 (Nov. 15, 1990)

55.     Small Business Job Protection Act of 1996, Pub. L. 104-188, 110 Stat 1755 (Aug. 20, 1996)

56.     U.S. Troop Readiness, Veterans' Care, Katrina Recovery, and Iraq Accountability Appropriations Act, 2007, Pub. L. 110-28, 121 Stat 112 (May 25, 2007)

57.     Minimum Wage for American Samoa, Pub. L. 114-61, 129 Stat 545 (Oct. 7, 2015)

58.     Puerto Rico Oversight, Management, and Economic Stability Act, Pub. L. 114-187, 130 Stat 549 (June 30, 2016)

V.      Federal Regulatory Materials and Regulations

    A.      Department of Labor Rulemakings

59.     Part 541. Regulations Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, Professional, or Local Retailing Capacity, or in the Capacity of Outside Salesman" Pursuant to Section 13(A)(1) of the Fair Labor Standards Act, 3 Fed. Reg. 2518 (Oct. 20, 1938)

60.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, Professional, or Local Retailing Capacity, or in the Capacity of Outside Salesman," 5 Fed. Reg. 4077 (Oct. 15, 1940)

61.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, Professional, or Local Retailing Capacity, or in the Capacity of Outside Salesman," 14 Fed. Reg. 7705 (Dec. 24, 1949)

62.     Employees Employed in Bona Fide Executive, Administrative, Professional or Local Retailing Capacity, or in Capacity of Outside Salesman, Special Provision for Motion Picture Producing Industry, 18 Fed. Reg. 2881 (May 19, 1953)

63.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, Professional, or Local Retailing Capacity, or in the Capacity of Outside Salesman," Compensation "on a salary basis," 19 Fed. Reg. 4405 (July 17, 1954)

64.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, Professional, or Local Retailing Capacity, or in the Capacity of Outside Salesman," Miscellaneous Amendments, 23 Fed. Reg. 8962 (Nov. 18, 1958)

65.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, Professional, or Local Retailing Capacity, or in the Capacity of Outside Salesman," Miscellaneous Amendments, 26 Fed. Reg. 8635 (Sept. 15, 1961)

66.     Executive, Administrative and Professional Exemptions, Tentative Decision on Proposed Rule Making Proceedings, 28 Fed. Reg. 7002 (July 9, 1963)

67.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, Professional, or Local Retailing Capacity, or in the Capacity of Outside Salesman," 28 Fed. Reg. 9505 (Aug. 30, 1963)

68.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, or Professional Capacity (Including Any Employed in the Capacity of Academic Administrative Personnel or Teacher in Elementary or Secondary Schools), or in the Capacity of Outside Salesman," Academic Administrative Personnel or Teacher, 32 Fed. Reg. 7823 (May 30, 1967)

69.     Executive, Administrative and Professional Exemptions, Notice of Proposed Rule Making, 34 Fed. Reg. 9934 (June 24, 1969)

70.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, or Professional Capacity (Including Any Employed in the Capacity of Academic Administrative Personnel or Teacher in Elementary or Secondary Schools), or in the Capacity of Outside Salesman," Executive, Administrative, and Professional Exemptions, 35 Fed. Reg. 883 (Jan. 22, 1970)

71.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, or Professional Capacity (Including Any Employed in the Capacity of Academic Administrative Personnel or Teacher in Elementary or Secondary Schools), or in the Capacity of Outside Salesman," 38 Fed. Reg. 11390 (May 7, 1973)

72.     Part 541—Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, or Professional Capacity (Including Any Employed in the Capacity of Academic Administrative Personnel or Teacher in Elementary or Secondary

Schools), or in the Capacity of Outside Salesman," Labor Standards, 40 Fed. Reg. 7091 (Feb. 19, 1975)

73.     Exemptions From Minimum Wage and Overtime Compensation Requirements of the Fair Labor Standards Act; Public Sector Employers, 57 Fed. Reg. 37677 (Aug. 19, 1992)

74.     Defining and Delimiting the Terms "Any Employee Employed in a Bona Fide Executive, Administrative, or Professional Capacity (Including any Employee Employed in the Capacity of Academic Administrative Personnel or Teacher in Elementary or Secondary Schools), or in the Capacity of Outside Salesman," 57 Fed. Reg. 46744 (Oct. 9, 1992)

75.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Proposed Rule and Request for Comments, 68 Fed. Reg. 15560 (Mar. 31, 2003)

76.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Final Rule, 69 Fed. Reg. 22122 (April 23, 2004)

77.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Proposed rule and request for comments, 80 Fed. Reg. 38543 (July 6, 2015)

78.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees; Announcement of Time-Limited Non-Enforcement Policy for Providers of Medicaid-Funded Services for Individuals With Intellectual or Developmental Disabilities in Residential Homes and Facilities With 15 or Fewer Beds, 81 Fed. Reg. 32390 (May 23, 2016)

79.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Final Rule, 81 Fed. Reg. 32391 (May 23, 2016)

80.     Request for Information; Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, 82 Fed. Reg. 34618 (July 26, 2017)

81.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Proposed rule and request for comments, 84 Fed. Reg. 10900 (March 22, 2019)

82.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees, Final Rule, 84 Fed. Reg. 51230 (Sept. 27, 2019)

83.     Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees, Notice of Proposed Rulemaking, 88 Fed. Reg. 62152 (Sept. 8, 2023)

    B.     <u>Other Agency Rulemakings</u>

84.     Enhancing Airline Passenger Protections, Final Rule, 76 Fed. Reg. 23110 (Apr. 25, 2011)

85.     William D. Ford Federal Direct Loan Program, Final regulations, 79 Fed. Reg. 63317 (Oct. 23, 2014)

86.     Small Business Size Standards: Adoption of 2022 North American Industry Classification System for Size Standards, Final Rule, 87 Fed. Reg. 59240 (Sept. 29, 2022)

87.    Small Business Lending Under the Equal Credit Opportunity Act (Regulation B), Final Rule, 88 Fed. Reg. 35150 (May 31, 2023)

C.    <u>Code of Federal Regulations</u>

88.    5 CFR 1320.8

89.    29 CFR 516.2

90.    29 CFR 516.3

91.    29 CFR 541.3

92.    29 CFR 541.100

93.    29 CFR 541.200

94.    29 CFR 541.204

95.    29 CFR 541.300

96.    29 CFR 541.303

97.    29 CFR 541.304

98.    29 CFR 541.400

99.    29 CFR 541.500

100.    29 CFR 541.600

101.    29 CFR 541.601

102.    29 CFR 541.602

103.    29 CFR 541.604

104.    29 CFR 541.605

105.    29 CFR 541.709

106.    29 CFR 778.113

107.    29 CFR 778.114

VI.    <u>Other Documents</u>[1]

    A.    <u>Documents Available on a U.S. Government Website</u>

    108.    Administrative Conference of the United States, Recommendation 2018-2, Severability in Agency Rulemaking, 83 Fed. Reg. 30685 (June 29, 2018), https://www.acus.gov/projects/severability-agency-rulemaking

    109.    Armour, P. and Burkhauser, R. (2014). "Using the Pareto Distribution to Improve Estimates of Topcoded Earnings." U.S. Census Bureau, Center for Economic Studies, https://www2.census.gov/ces/wp/2014/CES-WP-14-21.pdf

    110.    Bognar et al. (2023). "What Does Everything Besides the Unemployment Rate Tell Us About Labor Market Tightness?" Federal Reserve Bank of Chicago, https://www.chicagofed.org/publications/chicago-fed-letter/2023/491

    111.    Church, J.D. and Akin, B. (2017). "Examining price transmission across labor compensation costs, consumer prices, and finished-goods prices." *Monthly Labor Review*, U.S. Bureau of Labor Statistics, https://www.bls.gov/opub/mlr/2017/article/examining-price-transmission-across-labor-compensation-costs-consumer-prices-and-finished-goods-prices.htm

    112.    Congressional Budget Office (2023), The Budget and Economic Outlook: 2023 to 2033, https://www.cbo.gov/system/files/2023-02/58848-Outlook.pdf

    113.    Department of Health and Human Services (2023), Federal Poverty Level, https://www.healthcare.gov/glossary/Federal-poverty-level-fpl/

---

[1] In some instances, the URL has been modified from the URL cited in the NPRM or final rule to direct the reader to the webpage as it existed at the time the NPRM and final rule were drafted.

114.    Emery, K. & Chang, C. (1996). "Do Wages Help Predict Inflation?" Federal Reserve Bank of Dallas. Economic Review First Quarter 1996,

https://www.dallasfed.org/~/media/documents/research/er/1996/er9601a.pdf

115.    Fact Sheet #21: Recordkeeping Requirements under the Fair Labor Standards Act,

https://www.dol.gov/agencies/whd/fact-sheets/21-flsa-recordkeeping

116.    Federal Depository Insurance Corporation (2018), Quarterly Financial Reports-Statistics On Depository Institutions (SDI), https://www.fdic.gov/foia/ris/id-sdi/index.html. Data are from 12/31/17

117.    Hornstein and Kudlyak (2022). "The Pandemic's Impact on Unemployment and Labor Force Participation Trends." Federal Reserve Bank of Richmond,

https://www.richmondfed.org/publications/research/economic_brief/2022/eb_22-12

118.    Internal Revenue Service (2023), SOI Tax Stats - Corporation Income Tax Returns Complete Report (Publication 16), https://www.irs.gov/statistics/soi-tax-stats-corporation-income-tax-returns-complete-report-publication-16

119.    O*NET database, https://www.onetcenter.org/

120.    Pevena, E. V. and Rudd, J. B. (2015). "The Passthrough of Labor Costs to Price Inflation." Finance and Economics Discussion Series 2015-042. Washington: Board of Governors of the Federal Reserve System, https://dx.doi.org/10.17016/FEDS.2015.042

121.    U.S. Bureau of Labor Statistics Current Population Survey, Employment status of the civilian noninstitutional population, 1953 to date, https://www.bls.gov/cps/cpsaat01.htm

122.    U.S. Bureau of Labor Statistics, Employment Projections Program, 2022-32 National Employment Matrix, https://www.bls.gov/emp/ind-occ-matrix/matrix.xlsx

123.    U.S. Bureau of Labor Statistics, Labor Force Statistics from the Current Population Survey, https://www.bls.gov/cps/research/nonhourly/earnings-nonhourly-workers.htm

124.    U.S. Bureau of Labor Statistics, Median usual weekly earnings of full-time wage and salary workers by sex, quarterly averages, seasonally adjusted, https://www.bls.gov/news.release/wkyeng.t01.htm

125.    U.S. Bureau of Labor Statistics, Occupational Employment and Wage Statistics 2022, https://www.bls.gov/oes/2022/may/oes131141.htm

126.    U.S. Bureau of Labor Statistics, Occupational Employment and Wage Statistics 2022, https://www.bls.gov/oes/2022/may/oes110000.htm

127.    U.S. Bureau of Labor Statistics, Occupational Employment and Wage Statistics, Technical Notes for May 2023 OEWS Estimates, https://www.bls.gov/oes/current/oes_tec.htm

128.    U.S. Census Bureau, 2017 Census of Governments – Organization, https://www.census.gov/data/tables/2017/econ/gus/2017-governments.html

129.    U.S. Census Bureau, Census of Governments 2017, https://www.census.gov/programs-surveys/cog.html

130.    U.S. Census Bureau, Changes to 2022 CPS Public Use Microdata Files (revised January 14, 2022), https://www.census.gov/content/dam/Census/programs-surveys/cps/updated-2022-cps-puf-changes.pdf

131.    U.S. Census Bureau, County Business Patterns (CBP), About this Program, https://www.census.gov/programs-surveys/cbp/about.html

132.    U.S. Census Bureau, Industry and Occupation Code Lists and Crosswalks, https://www.census.gov/topics/employment/industry-occupation/guidance/code-lists.html

133.    U.S. Census Bureau, State and Local Government Finances 2020,

https://www.census.gov/data/datasets/2020/econ/local/public-use-datasets.html

134.    U.S. Census Bureau, Statistics of U.S. Businesses 2021,

https://www.census.gov/programs-surveys/susb.html.

135.    U.S. Census Bureau, 2017 Census of Governments, Table 1,

https://www.census.gov/data/tables/2017/econ/gus/2017-governments.html

136.    U.S. Census Bureau, Statistics of U.S. Businesses 2021,

https://www.census.gov/programs-surveys/susb.html

137.    U.S. Department of Agriculture (2019), 2017 Census of Agriculture: United

States Summary and State Data: Volume 1, Geographic Area Series, Part 51,

https://www.nass.usda.gov/Publications/AgCensus/2017/Full_Report/Volume_1,_Chapter_1_US/usv1.pdf

138.    U.S. General Accounting Office (1999), Fair Labor Standards Act: White Collar

Exemptions in the Modern Work Place, GAO/HEHS-99-164, 40-41,

https://www.gao.gov/assets/230/228036.pdf

139.    U.S. Government Accountability Office (2018), Puerto Rico, Limited Federal

Data Hinder Analysis of Economic Condition and DOL's 2016 Overtime Rule,

https://www.gao.gov/assets/700/693309.pdf

140.    U.S. Small Business Administration, Office of Advocacy, RFA Data Resources

for Federal Agencies, https://advocacy.sba.gov/resources/the-regulatory-flexibility-act/rfa-data-resources-for-federal-agencies/

141.    U.S. Small Business Administration, Office of Advocacy, The Regulatory

Flexibility Act, https://advocacy.sba.gov/resources/the-regulatory-flexibility-act/

142.   U.S. Small Business Administration, Small Business Size Standards (August 2019), https://data.sba.gov/dataset/small-business-size-standards/resource/d89a5f17-ab8e-4698-9031-dfeb34d0a773

143.   U.S. Small Business Administration, Table of size standards, https://www.sba.gov/sites/default/files/2019-08/SBA%20Table%20of%20Size%20Standards_Effective%20Aug%2019%2C%202019_Rev.pdf

144.   Van Nostrand and Sinclair (2023). "The U.S. Economy in Global Context." U.S. Department of the Treasury, https://home.treasury.gov/news/featured-stories/the-us-economy-in-global-context

145.   Wage and Hour Division, Federal Minimum Wage in American Samoa, https://www.dol.gov/sites/dolgov/files/WHD/legacy/files/ASminwagePoster.pdf

146.   Wage and Hour Division, History of Federal Minimum Wage Rates Under the Fair Labor Standards Act, 1938 – 2009, https://www.dol.gov/agencies/whd/minimum-wage/history/chart

147.   Wage and Hour Division, Minimum Wage in the Northern Mariana Islands, https://www.dol.gov/sites/dolgov/files/WHD/legacy/files/cnmi.pdf

148.   Wage and Hour Division Opinion Letter, FLSA2008–1NA (Feb. 14, 2008), https://www.dol.gov/sites/dolgov/files/WHD/legacy/files/2008_02_14_01NA_FLSA.pdf

149.   Wage and Hour Division, State Minimum Wage Laws, https://www.dol.gov/agencies/whd/minimum-wage/state

150.   Sarah A. Donovan, Cong. Rsch. Serv., R42713, The Fair Labor Standards Act (FLSA): An Overview, 6 (Mar. 8, 2023), https://crsreports.congress.gov/product/pdf/R/R42713

B.    Documents Not Available on a U.S. Government Website[2]

151.    Akerlof, G.A. (1982). "Labor Contracts as Partial Gift Exchange." The Quarterly Journal of Economics, 97(4), 543–569

152.    Argote, L., Insko, C. A., Yovetich, N., & Romero, A. A. (1995). "Group Learning Curves: The Effects of Turnover and Task Complexity on Group Performance." *Journal of Applied Social Psychology,* 25(6), 512–529

153.    Balkin, D. B., & Griffeth, R. W. (1993). "The Determinants of Employee Benefits Satisfaction." *Journal of Business and Psychology,* 7(3), 323–339

154.    Barkume, A. (2010). "The Structure of Labor Costs with Overtime Work in U.S. Jobs." *Industrial and Labor Relations Review,* 64(1), 128–142

155.    Barzel, Y. (1973). "The Determination of Daily Hours and Wages." *The Quarterly Journal of Economics,* 87(2), 220–238

156.    Bell, D. N. F. and Hart, R. A. (2003). "Wages, Hours, and Overtime Premia: Evidence from the British Labor Market." *Industrial and Labor Relations Review,* 56(3), 470–480

157.    Boushey, H. and Ansel, B. (2016). "Overworked America, The economic causes and consequences of long work hours." Washington Center for Equitable Growth, https://equitablegrowth.org/research-paper/overworked-america/?longform=true

158.    Brown, Charles C., and Hamermesh, Daniel S., (2019). "Wages and Hours Laws: What Do We Know? What Can Be Done?" RSF: The Russell Sage Foundation Journal of the Social Sciences 5(5): 68–87. DOI: 10.7758/RSF.2019.5.5.04

---

[2] URLs for documents not available on a U.S. government website have been included where they were cited in the NPRM and final rule.

159.    Cherry, Monica (2004), "Are Salaried Workers Compensated for Overtime Hours?" *Journal of Labor Research* 25(3), 485–494

160.    Donald J. Boudreaux & Liya Palagashvili (Apr. 2016). "An Economic Analysis of Overtime Pay Regulations." Mercatus Working Paper. Mercatus Center at George Mason University, https://www.mercatus.org/hayekprogram/research/working-papers/economic-analysis-overtime-pay-regulations

161.    Dube, A., Lester, T.W., & Reich, M.. (2014). "Minimum Wage Shocks, Employment Flows and Labor Market Frictions." IRLE Working Paper #149–13

162.    Dube, Arindrajit (November 2019). "Impacts of Minimum Wages: Review of the International Evidence," https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/844350/impacts_of_minimum_wages_review_of_the_international_evidence_Arindrajit_Dube_web.pdf

163.    Golden, L. (2014). "Flexibility and Overtime Among Hourly and Salaried Workers." Economic Policy Institute, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2597174

164.    Golden, L., & Gebreselassie, T. (2007). "Overemployment Mismatches: The Preference for Fewer Work Hours." *Monthly Labor Review,* 130(4), 18–37

165.    Hamermesh, D. and S. Trejo. (2000). "The Demand for Hours of Labor: Direct Evidence from California." *The Review of Economics and Statistics,* 82(1), 38–47

166.    Hamermesh, D.S. (2014). "Not Enough Time?" *American Economist,* 59(2)

167.    Hamermesh, D.S., Kawaguchi, D., Lee, J. (2014). "Does Labor Legislation Benefit Workers? Well-Being after an Hours Reduction." IZA DP No. 8077

168.    Hart, R. A. and Ma, Yue. (2000). "Why Do Firms Pay an Overtime Premium?" IZA Discussion Paper No. 163

169.    Howes, Candace. (2005). "Living Wages and Retention of Homecare Workers in San Francisco." *Industrial Relations,* 44(1), 139–163

170.    James Sherk. "Salaried Overtime Requirements: Employers Will Offset Them with Lower Pay." Heritage Foundation Backgrounder No. 3031, July 2, 2015

171.    Jonsson, M. & Palmqvist, S. (2004). "Do Higher Wages Cause Inflation?" Sveriges Riksbank Working Paper Series 159,

http://archive.riksbank.se/Upload/WorkingPapers/WP_159.pdf

172.    Kim, H.S., & Jang, S. (2019). "Minimum Wage Increase and Firm Productivity: Evidence from the Restaurant Industry." Tourism Management 71, 378–388,

https://doi.org/10.1016/j.tourman.2018.10.029

173.    Lambert, S. J. (2007). "Making a Difference for Hourly Employees." Appeared in A. Booth, & A. C. Crouter, *Work-Life Policies that Make a Real Difference for Individuals, Families, and Communities.* Washington, DC: Urban Institute Press

174.    Lambert, S. J. and Henly, J. R. (2009). *Scheduling in Hourly Jobs: Promising Practices for the Twenty-First Century Economy.* The Mobility Agenda

175.    Lichter, A., Peichl, A. & Siegloch, A. (2014). "The Own-Wage Elasticity of Labor Demand: A Meta-Regression Analysis." IZA DP No. 7958

176.    National Credit Union Association. (2018). 2018 Year End Statistics for Federally Insured Credit Unions, https://www.cuna.org/advocacy/credit-union---economic-data/data---statistics/credit-union-profile-reports.html

177.    OECD series, Average annual hours actually worked per worker,

https://stats.oecd.org/index.aspx?DataSetCode=ANHRS

178.    Quach, S. (2022). "The Labor Market Effects of Expanding Overtime Coverage,"

https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3608506

179.    Quach, S. (2024). "The Labor Market Effects of Expanding Overtime Coverage,"

https://raw.githubusercontent.com/SimonQuach1/Papers/main/Quach_OT.pdf?token=AH2DVM
EDLJGBAWFAVXXUNMDAYGGDQ

180.    Rohwedder, S. and Wenger, J.B. (2015). "The Fair Labor Standards Act: Worker
Misclassification and the Hours and Earnings Effects of Expanded Coverage." RAND Labor and
Population

181.    Shaw, J. D. (2011). "Turnover Rates and Organizational Performance: Review,
Critique, and Research Agenda." *Organizational Psychology Review,* 1(3), 187–213

182.    Trejo, S. J. (1991). "The Effects of Overtime Pay Regulation on Worker
Compensation." *The American Economic Review,* 81(4), 719–740

183.    Trejo, S. J. (2003). "Does the Statutory Overtime Premium Discourage Long
Workweeks?" Industrial and Labor Relations Review, 56(3), 375–392

184.    University of Michigan (2024). Surveys of Consumers,

http://www.sca.isr.umich.edu/

185.    University of Michigan, Institute for Social Research. 2019 PSID,

https://simba.isr.umich.edu/data/data.aspx

186.    Wolfson, Paul J. and Belman, Dale (December 10, 2016). "15 Years of Research
on U.S. Employment and the Minimum Wage." Tuck School of Business Working Paper No.
2705499, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2705499

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed: July 8, 2024.

DANIEL NAVARRETE

Digitally signed by DANIEL NAVARRETE
Date: 2024.07.08 15:43:55 -04'00'

Daniel Navarrete

Acting Director
Division of Regulations, Legislation, and Interpretation
Wage and Hour Division
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210