IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>　　　　Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br><br>Case No. 4:24-cv-468-SDJ |

**CONSENT MOTION TO EXTEND ANSWER DEADLINES**

In light of the Court's July 1, 2024 Order, ECF No. 40, indicating that "[t]he Court anticipates resolving the claims made in these consolidated cases via cross-motions for summary judgment," and the schedule jointly proposed by the parties, ECF No. 41, and adopted by the Court, ECF No. 42, to resolve the merits of these cases through expedited summary judgment briefing, Defendants respectfully move that the Court extend Defendants' answer deadlines, currently July 22, 2024 in case number 4:24-cv-468 and August 2, 2024 in case number 4:24-cv-499, until thirty days after the Court rules on the parties' expedited motions for summary judgment.

Defendants conferred with Plaintiffs in both cases. The Business Plaintiffs consent to the relief requested in this motion. Texas consents and reports that "Texas does not oppose Defendants' request for an extension of time except insofar as it would have collateral consequences for issues like the availability of discovery or consolidation under Rule 65. Texas preserves its position that, in the event such issues arise, any delay in filing a responsive pleading

should not prejudice the resolution of those issues."

July 11, 2024                                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
CHRISTINE L. COOGLE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street NW
Washington, D.C. 20005
(202) 305-7667
brian.c.rosen-shaud@usdoj.gov
Counsel for Defendants

Certificate of Conference

Undersigned counsel conferred with counsel for Plaintiffs in the consolidated cases, pursuant to the requirements of Local Rule CV-7(h). The Business Plaintiffs consent to the relief requested in this motion. Texas consents and reports that "Texas does not oppose Defendants' request for an extension of time except insofar as it would have collateral consequences for issues like the availability of discovery or consolidation under Rule 65. Texas preserves its position that, in the event such issues arise, any delay in filing a responsive pleading should not prejudice the resolution of those issues."

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD