**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| STATE OF TEXAS, <br><br>         Plaintiff, <br><br> PLANO CHAMBER OF COMMERCE, *et al.*, <br><br>         Plaintiffs, <br><br>     v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br>         Defendants. | Case No. 4:24-cv-499-SDJ <br> (Lead Case) <br><br><br> Case No. 4:24-cv-468-SDJ |

**[PROPOSED] ORDER**

Defendants move that the Court extend their answer deadlines in the consolidated cases.

IT IS HEREBY ORDERED that Defendants' answer deadlines are extended until thirty days after the Court rules on the parties' expedited motions for summary judgment.