UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO. 4:24-CV-499-SDJ LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL.<br><br>v.<br>UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § § | CIVIL NO. 4:24-CV-468-SDJ |

## ORDER

Before the Court is Defendants' Consent Motion to Extend Answer Deadlines, (Dkt. #44), wherein Defendants request that the deadlines to answer be extended to thirty days after the Court rules on the parties' motions for summary judgment. Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. The deadlines for Defendants to answer or otherwise respond to Plaintiffs' complaints are extended to thirty days after the Court rules on the parties' forthcoming motions for summary judgment.

**So ORDERED and SIGNED this 12th day of July, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE