IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § | Civil Action No. 4:24-cv-499-SDJ |
| Plaintiff, | § § | LEAD CASE |
| PLANO CHAMBER OF COMMERCE, *ET AL.*, | § § § | Civil Action No. 4:24-cv-468-SDJ |
| Plaintiffs, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF LABOR, *ET AL.*, | § § § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF PLANO CHAMBER OF COMMERCE *ET AL.*'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to CV-7, the Business Plaintiffs submit the following evidence in support of their Motions for Expedited Summary Judgment and Brief in Support:

| EXHIBIT NO. | DESCRIPTION | DATE |
|---|---|---|
| 1 | Declaration of Chirag Shah, Executive Vice President of Federal and Political Affairs & Counsel, American Hotel & Lodging Association (AHLA) | 07/18//24 |
| 1.A | Declaration of Vinay Patel, President/CEO, AHLA Member Fairbook Hotels | 07/15/24 |
| 1.B | AHLA Comments in Opposition to 2024 Rule | 11/07/23 |
| 2 | Declaration of Ben Brubeck, Vice President, Regulatory, Labor, and State Affairs, Associated Builders & Contractors (ABC) | 07/17/24 |
| 2.A | ABC Comments in Opposition to 2024 Rule | 11/07/23 |
| 3 | Declaration of Sarah Davies, General Counsel, International Franchise Association (IFA) | 07/18/24 |
| 3.A | Declaration of David Boucher, President, IFA member Booshay Enterprises of Ohio | 07/09/24 |

| 3.B | Declaration of Amanda G. Donovan, Owner, IFA member L & L ARTS, LLC d/b/a Sports Clips Haircuts | 07/09/24 |
| --- | --- | --- |
| 3.C | Declaration of Val Hill, Managing Member, IFA member Lee Hill Investments LLC d/b/a Sports Clips | 07/09/24 |
| 3.D | Declaration of Jared Lee, Owner, IFA member Lee Hill Investments LLC d/b/a Sports Clips | 07/10/24 |
| 3.E | Declaration of IFA member Mark Mansfield, President, IFA member NextQuest, Inc. d/b/a Sports Clips Haircuts | 07/09/24 |
| 3.F | Declaration of IFA member Todd Ricker, President, IFA member GRQ SPORTS INC. d/b/a Sports Clips Haircuts | 07/11/24 |
| 3.G | Declaration of William Voegtle, President, IFA member Voegtle Enterprises, Inc. | 07/07/24 |
| 3.H | Declaration of Matthew Wanstreet, President, IFA member Sports Clips Inc. | 07/11/24 |
| 3.I | Declaration of Karen Weddel, President, IFA member PS92SK, LP d/b/a Sports Clips | 07/10/24 |
| 3.J | Comments of Partnership to Protect Workplace Opportunity (PPWO) in Opposition to 2024 Rule | 11/07/23 |
| 4 | Declaration of Doug Kantor, General Counsel, National Association of Convenience Stores (NACS) | 07/17/24 |
| 4.A | Declaration of Anthony Miller, President, DK Retail, subsidiary of NACS member Delek US Holdings | 07/09/24 |
| 4.B | Declaration of Anne Marie Romain Gauthier, Co-Chief Executive Officer and Chief Financial Officer, NACS member St. Romain Oil Company | 07/03/24 |
| 4.C | NACS Comments in Opposition to 2024 Rule | 11/07/23 |
| 5 | Declaration of Bradley Mannion, Director of Labor, Health, and Safety, National Association of Home Builders (NAHB) | 07/17/24 |
| 5.A | NAHB Comments in Opposition to 2024 Rule | 11/07/23 |
| 6 | Declaration of Brian Wild, Chief Government Relations Office, National Association of Wholesaler-Distributors (NAW) | 07/15/24 |
| 6.A | NAW Comments in Opposition to 2024 Rule | 11/07/23 |
| 7 | Declaration of Beth Milito, General Counsel, National Federation of Independent Business, Inc. (NFIB) | 07/17/24 |
| 7.A | Declaration of Brett Graham, CEO, NFIB member Graham International, Inc. | 07/03/24 |
| 7.B | NFIB Comments in Opposition to 2024 Rule | 11/01/23 |
| 8 | Declaration of David French, Senior Vice President, Government Relations, National Retail Federation (NRF) | 07/17/24 |
| 8.A | NRF Comments in Opposition to 2024 Rule | 11/07/23 |
| 9 | Declaration of Angelo Amador, Executive Director, Restaurant Law Center (RLC) | 07/17/24 |
| 9.A | RLC Comments in Opposition to 2024 Rule | 11/07/23 |
| 10 | Declaration of Kelle Marsalis, Chief Executive Officer, Plano, Texas Chamber of Commerce | 07/18/24 |