# EXHIBIT 10

## DECLARATION OF KELLE MARSALIS

I, Kelle Marsalis, declare as follows:

1.      I am over the age of 18 and competent to make this declaration.

2.      I am the Chief Executive Officer of the Plano, Texas Chamber of Commerce ("Plano Chamber"). Founded in 1946, the Plano Chamber of Commerce is committed to maximizing business development and economic growth of the community through advocacy, education, innovation, and collaboration. As an advocate for large and small businesses in Plano, the Plano Chamber, among other things, participates in strategic litigation such as the present suit challenging the U.S. Department of Labor's 2024 Overtime Rule.

3.      In 2016, the Plano Chamber was the lead plaintiff in *Plano Chamber of Commerce v. Perez*, which successfully challenged a similar rule increasing the white collar overtime exemption threshold published by the U.S. Department of Labor in 2016.

4.      The statements in this declaration are true and within my personal knowledge and/or my review of the Plano Chamber's records. A significant number of the Plano Chamber's members employ workers who are currently exempt but will lose their exempt status as of January 1, 2025 because of the Rule's scheduled increase in the EAP salary threshold. Some members' employees have already lost their exempt status due to the increase in the salary threshold that went into effect on July 1, 2024.

5.      With respect to those workers whose exempt status will be impacted by the 2024 Rule, the Plano Chamber's member companies must either increase these workers' salaries or reclassify them as non-exempt under the FLSA. As non-exempt employees, the company would then to either (a) pay these workers overtime at time-and-a-half their regular rate for any hours in excess of forty worked in a given workweek; or (b) limit these worker's hours to no more than

forty hours per week and thus forego their services. Once paid, the Plano Chamber's member company has no ability to recoup higher wages or overtime paid to employees, nor can it recover the loss of the services they would have provided when needed.

6.    In addition, Plano Chamber members have expended and will continue to expend payroll, accounting, and legal resources to assess the exempt status of each of these workers, and determine whether it makes sense as a business matter to increase their salary; incur the costs of overtime pay; or limit their hours to forty per week and forego their services. Plano Chamber members will also have to expend resources to develop or expand scheduling and timekeeping systems for employees who will become non-exempt by virtue of the rule. Reclassification of Plano Chamber's members' employees as non-exempt is likely to result in limited work hours, reduced pay, fewer opportunities for advancement, or some combination of all three with respect to each affected employee.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED on this 18th day of July, 2024.


_____

Kelle Marsalis

2