# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT
# SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § | Civil Action No. 4:24-cv-499-SD |
| Plaintiff, | § § | LEAD CASE |
| PLANO CHAMBER OF COMMERCE, *ET AL.*, | § § § | Civil Action No. 4:24-cv-468-SDJ |
| Plaintiffs, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF LABOR, *ET AL.*, | § § § | |
| Defendants. | § | |

## ORDER

This matter is before the Court on Business Plaintiffs' Motion for Expedited Summary Judgment. The Court having considered the matter and being otherwise sufficiently advised, **IT IS ORDERED** that Business' Plaintiffs' Motion is **GRANTED**. The Court finds the U.S. Department of Labor's final rule "Employee or Independent Contractor Status Under the Fair Labor Standards Act," 89 Fed. Reg. 1638 (January 10, 2024) is unlawful, and it is therefore permanently enjoined nationwide, vacated, and set aside under 5 U.S.C. § 706.