## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | Civil No. 4:24-CV-499-SDJ |
| | § | LEAD CASE |
| PLANO CHAMBER OF COMMERCE, ET AL., | § | |
| | § | Civil No. 4:24-CV-468-SDJ |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES DEPARTMENT OF LABOR, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE *AMICUS* BRIEF**

**FILED BY THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AS *AMICUS CURIAE* IN SUPPORT OF BUSINESS PLAINTIFFS**

The Chamber of Commerce of the United States of America ("Chamber") respectfully moves for leave to file an *amicus* brief in this matter in support of the motion for expedited summary judgment filed by Plaintiffs Plano Chamber of Commerce *et al.* (the "Business Plaintiffs"). Attached hereto as **Exhibit A** is a true and correct copy of the Chamber's proposed *amicus* brief. The Chamber seeks to provide the court with its point of view as it relates to the promulgation of the DOL's new Rule concerning the executive, administrative, and professional ("EAP") exemptions under the Fair Labor Standards Act ("FLSA").

## STATEMENT OF INTEREST

The Chamber is the world's largest business federation. It represents approximately 300,000 direct members and indirectly represents the interests of more than 3 million companies and professional organizations of every size, in every industry sector, and from every region of the

country.  An important function of the Chamber is to represent the interests of its members in matters before Congress, the Executive Branch, and the courts.  To that end, the Chamber regularly files *amicus curiae* briefs in cases, like this one, that highlight issues of concern to the Nation's business community based on the Chamber's unique experience and expertise.

The Business Plaintiffs' challenge to the 2024 Rule is important to *amicus* and its members because they rely every day on worker classification standards under the EAP and HCE exemptions.  To that end, *amicus* filed a comment to DOL's notice of proposed rulemaking, 88 Fed. Reg. 62152, opposing DOL's proposed changes to the salary levels for the EAP and HCE exemptions.

The Chamber would appreciate the opportunity to share its informed perspective on these issues more comprehensively to assist the Court in its consideration of Business Plaintiffs' motion. Through its *amicus* brief, the Chamber will further explain why the broad array of diverse organizations and companies the Chamber represents agree that this Court should grant Business Plaintiffs' motion for expedited summary judgment seeking a decision holding that the 2024 violates the Administrative Procedure Act and vacating or permanently enjoining the 2024 Rule nationwide.

Counsel conferred with the parties, and the Plaintiffs and Defendants have consented to filing of the *amicus* brief; therefore, this motion is unopposed.

## ARGUMENT

Amicus participation is appropriate where the amicus "has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Kistler v. Stanley Black & Decker, Inc.*, No. 3:22-cv-966, 2023 WL 1827734, at *1 (D. Conn. Jan. 25, 2023).  No rule governs the procedure for obtaining leave to file an amicus brief in the district court, so the decision whether to allow a brief rests with the Court's discretion.  *See,*

*e.g.*, *Club v. Fed. Emergency Mgmt. Agency*, 2007 WL 3472851, at *1 (S.D. Tex. Nov. 14, 2007) ("No statute, Rule, or controlling case defines a federal district court's power to grant or deny leave to file an *amicus* brief") (quoting *United States ex rel. Gudur v. Deloitte Consulting L.L.P.*, 2007 WL 836935, at *6 (S.D. Tex. March 15 2007) (same)); *see also Lehman XS Trust, Series 2006– GP2 v. Greenpoint Mortg. Funding*, 2014 WL 265784, at *1 (S.D.N.Y. Jan. 23, 2014) ("Resolution of a motion for leave to file an *amicus* brief thus lies in the 'firm discretion' of the district court.").

Here, the Chamber offers such a valuable perspective for the Court. Given its position in the U.S. economy, representing more than 300,000 direct members and indirectly representing more than three million businesses and professional organizations of every size across every industry sector and every region of the country, the Chamber has a unique perspective on how the Rule's implementation affects thousands of employers and workers across the country. *See Neonatology Assocs., P.A. v. Comm'r of Internal Revenue,* 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.) (explaining that an *amicus* brief may assist the court by "explaining the impact a potential holding might have on an industry or other group") (internal citations and quotations omitted). The Chamber possesses the distinct ability to share with the Court its vast experience historical knowledge, and membership's experiences concerning exempt work under the FLSA, as well as the on-the-ground impacts the 2024 Rule will have on businesses of every stripe.

The Chamber's contribution will therefore benefit this litigation in several ways, including by "[e]xplaining the broader regulatory or commercial context in which a question comes to the court" and by "[p]roviding practical perspectives on the consequences of potential outcomes." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 764 (7th Cir. 2020) (Scudder, J.). "Even when a party is very well represented, an amicus may provide important assistance to the court." *Neonatology Assocs.*, 293 F.3d at 132. The Chamber's brief will rely on

its unique and intimate knowledge of the business community to address the damaging impact the new Rule will have on businesses and workers of all types.

## **<u>CONCLUSION</u>**

WHEREFORE, the Chamber respectfully requests that the Court grant its motion for leave to file the attached proposed *amicus curiae* brief.

DATED:  July 25, 2024                    Respectfully submitted,

                                         By: */s/ Linda C. Schoonmaker*
                                         _____

                                         Linda C. Schoonmaker
                                         State Bar No. 17806300
                                         SEYFARTH SHAW LLP
                                         700 Milam Street, Suite 1400
                                         Houston, Texas 77002
                                         Telephone:   (713) 225-2300
                                         Facsimile:   (713) 225-2340
                                         lschoonmaker@seyfarth.com

                                         Camille A. Olson
                                         (Pro hac vice forthcoming)
                                         Richard B. Lapp
                                         (Pro hac vice forthcoming)
                                         SEYFARTH SHAW LLP
                                         233 S. Wacker Dr., Ste. 8000
                                         Chicago, IL 60606
                                         Telephone: (312) 460-5000
                                         Facsimile: (312) 460-7000
                                         colson@seyfarth.com
                                         rlapp@seyfarth.com

                                         Kyle D. Winnick
                                         (Pro hac vice forthcoming)
                                         SEYFARTH SHAW LLP
                                         620 Eighth Avenue, 32nd Fl.
                                         New York, NY 10018
                                         Telephone: (212) 218-5500
                                         kwinnick@seyfarth.com

                                         A. Scott Hecker
                                         (Pro hac vice forthcoming)
                                         shecker@seyfarth.com
                                         SEYFARTH SHAW LLP
                                         975 F Street, NW
                                         Washington, DC 20004
                                         Telephone: (202) 463-2400
                                         Facsimile: (202) 828-5393
                                         shecker@seyfarth.com

                                         ATTORNEY FOR THE CHAMBER OF
                                         COMMERCE OF THE UNITED STATES OF
                                         AMERICA

## <u>CERTIFICATE OF CONFERENCE</u>

 I, Linda C. Schoonmaker, hereby certify that counsel for Business Plaintiffs and the State of Texas advised on July 25, 2024 by email that this Motion was unopposed and that counsel for Defendants advised on July 25, 2024 by email that this Motion was unopposed.


       */s/ Linda C. Schoonmaker*
       Linda C. Schoonmaker

## <u>CERTIFICATE OF SERVICE</u>

      I, Linda C. Schoonmaker, hereby certify that on July 25, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                  */s/ Linda C. Schoonmaker*
                                  Linda C. Schoonmaker