# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | Civil No. 4:24-CV-499-SDJ |
| | § | LEAD CASE |
| PLANO CHAMBER OF COMMERCE, ET AL., | § § | |
| | § | Civil No. 4:24-CV-468-SDJ |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES DEPARTMENT OF LABOR, ET AL., | § § | |
| | § | |
| Defendants. | § | |
| | § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE *AMICUS* BRIEF

Having reviewed the U.S. Chamber of Commerce's Unopposed *Ex Parte* Motion for Leave to File *Amicus* Brief and the documents submitted in support thereof, it is hereby

**ORDERED AND ADJUDGED** that the U.S. Chamber of Commerce's Unopposed *Ex Parte* Motion for Leave to File *Amicus* Brief be granted.