# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS,<br>    *Plaintiff*,<br><br>PLANO CHAMBER OF COMMERENCE, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU, in her Official Capacity as United States Secretary of Labor, THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR, and JESSICA LOOMAN, in her Official Capacity as Administrator of the Wage and Hour Division,<br>    *Defendants*. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:24-CV-00499-SDJ<br>LEAD CASE<br><br><br>CIVIL ACTION NO. 4:24-CV-00468-SDJ |

## ORDER

This matter is before the Court on Texas' Motion for Expedited Summary Judgment. The Court having considered the matter and being otherwise sufficiently advised, **IT IS ORDERED** that Texas' Motion is **GRANTED**. The Court finds the U.S. Department of Labor's final rule "Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees," 89 Fed. Reg. 32842 (Apr. 26, 2024), is unlawful, and it is therefore permanently enjoined nationwide, vacated, and set aside under 5 U.S.C. § 706.

1