UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO. 4:24-CV-499-SDJ LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL. v. UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § | CIVIL NO. 4:24-CV-468-SDJ |

# ORDER

Before the Court is the Unopposed *Ex Parte* Motion for Leave to File *Amicus Brief* Filed by the Chamber of Commerce of the United States of America as *Amicus Curiae* in Support of Business Plaintiffs. (Dkt. #47). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion, (Dkt. #47), is **GRANTED**. The Chamber of Commerce's *amicus* brief, (Dkt. #47-1), is deemed properly filed.

**So ORDERED and SIGNED this 26th day of July, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE