AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| State of Texas ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:24-cv-00499-SDJ |
| U.S. Department of Labor, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae States of Arkansas, Alabama, Georgia, Idaho, Indiana, Iowa, Louisiana, Mississippi, Montana, Nebraska, Ohio, Oklahoma, South Carolina, and West Virginia.

Date: 08/01/2024

/s/ Nicholas J. Bronni
*Attorney's signature*

Nicholas J. Bronni, AR2016097
*Printed name and bar number*

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
*Address*

nicholas.bronni@arkansasag.gov
*E-mail address*

(501) 682-6302
*Telephone number*

*FAX number*