IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | CIVIL ACTION NO. 4:24-CV-00499-SDJ |
| *Plaintiffs,* | § | LEAD CASE |
| | § | |
| **PLANO CHAMBER OF COMMERCE,** *et al.*, | § | |
| *Cons. Plaintiffs,* | § | CIVIL ACTION NO. 4:24-CV-00468-SDJ |
| **v.** | § | |
| **UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU,** in her Official Capacity as United States Secretary of Labor, **THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR,** and **JESSICA LOOMAN,** in her Official Capacity as Administrator of the Wage and Hour Division, | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the Unopposed Motion by Arkansas and 13 other States for leave to file a brief as *Amici Curiae* in Support of Plaintiff State of Texas's Motion for Summary Judgment. The Court, having considered the request, and being otherwise sufficiently advised,

**SO ORDERS** as follows:

The motion for leave to file a brief as *Amici Curiae* in support of Plaintiff State of Texas's Motion for Summary Judgment is **GRANTED**.

_____
United States District Court Judge