UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO.  4:24-CV-499-SDJ LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL. v. UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § § | CIVIL NO.  4:24-CV-468-SDJ |

## ORDER

Before the Court is an unopposed Motion for Leave to File an Amicus Brief of Arkansas and 13 Other States in Support of the State of Texas's Motion for Summary Judgment. (Dkt. #52). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion, (Dkt. #52), is **GRANTED**. The amicus brief of Arkansas and 13 other states, (Dkt. #53), is deemed properly filed.

**So ORDERED and SIGNED this 6th day of August, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE