IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>           Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE, *et al.*,<br><br>           Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>           Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br>Case No. 4:24-cv-468-SDJ |

**UNOPPOSED MOTION TO ENLARGE PAGE LIMITATION**

      Defendants, the United States Department of Labor, Julie A. Su, in her official capacity as Acting Secretary of Labor, the Wage and Hour Division of the Department of Labor, and Jessica Looman, in her official capacity as Administrator of the Wage and Hour Division, respectfully move to enlarge the page limitation to 50 pages for Defendants' combined motion for summary judgment, opposition to Texas's motion for summary judgment (ECF No. 48), and opposition to the Business Organizations' motion for summary judgment (ECF No. 46). Good cause supports Defendants' request to exceed the presumptive 30-page limit for a single motion for summary judgment or response in opposition. *See* Local Rule CV-7(a)(1). To best aid the Court in deciding the merits of Plaintiffs' challenges, Defendants must address governing law, including developments that post-date the parties' briefs on Texas's injunctive-relief motion, as well as respond to two motions, each of which raises distinct legal arguments. The requested enlargement

1

of pages will facilitate Defendants' submission of such a brief. All Plaintiffs are unopposed to this motion.

August 7, 2024                          Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        JULIE STRAUS HARRIS
                                        Assistant Director, Federal Programs Branch

                                        /s/ *Brian Rosen-Shaud*
                                        BRIAN C. ROSEN-SHAUD
                                        CHRISTINE L. COOGLE
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L. Street NW
                                        Washington, D.C. 20005
                                        (202) 305-7667
                                        brian.c.rosen-shaud@usdoj.gov
                                        Counsel for Defendants

Certificate of Conference

Undersigned counsel conferred with counsel for Plaintiffs in the consolidated cases, pursuant to the requirements of Local Rule CV-7(h). All Plaintiffs are unopposed to Defendants' request for an enlargement of the page limitation.

                                        /s/ *Brian Rosen-Shaud*
                                        BRIAN C. ROSEN-SHAUD