IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>        Defendants. | Case No. 4:24-cv-499 |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Unopposed Motion to Enlarge Page Limitation, and for good cause shown, hereby **GRANTS** Defendants' motion.

Defendants shall file a combined motion for summary judgment, opposition to Texas's motion for summary judgment (ECF No. 48), and opposition to the Business Organizations' motion for summary judgment (ECF No. 46) not to exceed 50 pages.