UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO.  4:24-CV-499-SDJ<br>LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL.<br><br>v.<br>UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § | CIVIL NO.  4:24-CV-468-SDJ |

# ORDER

Before the Court is Defendants' Unopposed Motion to Enlarge Page Limitation. (Dkt. #55). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion, (Dkt. #55), is **GRANTED**. Defendants' combined motion for summary judgment and opposition to Plaintiffs' motions for summary judgment shall not exceed 50 pages.

**So ORDERED and SIGNED this 8th day of August, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE