IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br>Case No. 4:24-cv-468-SDJ |

**[PROPOSED] ORDER**

Have considered Texas's motion for summary judgment, ECF No. 46, the Business Organizations' motion for summary judgment, ECF No. 48, Defendants' motion for summary judgment, ECF No. 57, the responses and reply briefs, and the relevant case law,

IT IS HEREBY ORDERED that Texas's motion is DENIED; the Business Organizations' motion is DENIED; and Defendants' motion is GRANTED.

SIGNED this ____ day of _____, _____.