### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>               Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>               Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br><br>Case No. 4:24-cv-468-SDJ |

### MOTION TO WITHDRAW

Pursuant to Local Rule 11(c), undersigned counsel seeks leave of the Court to withdraw as counsel of record for Defendants. Mr. Rosen-Shaud is leaving the Department of Justice on Friday August 9, 2024. Defendant will continue to be represented by Christine Coogle. Undersigned counsel informed his clients, who consent to this motion.


August 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street NW

1

Washington, D.C. 20005
(202) 305-7667
brian.c.rosen-shaud@usdoj.gov
Counsel for Defendants

Certificate of Conference

Undersigned counsel contacted counsel for Plaintiffs in the consolidated cases via email in the evening of August 8 and again in the morning of August 9, requesting that Plaintiffs advise undersigned counsel if they objected to this motion. Neither party reported an objection.

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD

2