**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br><br>                 Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>               Defendants. | Case No. 4:24-cv-499 |

**[PROPOSED] ORDER**

The Court, having considered the Motion to Withdraw, hereby **GRANTS** the motion.