UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO.   4:24-CV-499-SDJ LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL. v. UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § | CIVIL NO.   4:24-CV-468-SDJ |

## ORDER

Before the Court is Brian Rosen-Shaud's Motion to Withdraw as counsel for Defendants. (Dkt. #58). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that the motion, (Dkt. #58), is **GRANTED**. Brian Rosen-Shaud is withdrawn as counsel for Defendants.

**So ORDERED and SIGNED this 12th day of August, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE