# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br><br> PLANO CHAMBER OF COMMERCE, et al <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU, IN HER OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF LABOR, THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR AND JESSICA LOOMAN IN HER OFFICIAL CAPACITY AS ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, <br><br> Defendants. | CIVIL ACTION NO. 4:24-CV-00499- SDJ <br> LEAD CASE <br><br><br> CIVIL ACTION NO. 4:24-CV-00468-SDJ |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NATIONAL EMPLOYMENT LAW PROJECT, ECONOMIC POLICY INSTITUTE, NATIONAL WOMEN'S LAW CENTER, AND SERVICE EMPLOYEES' INTERNATIONAL UNION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE

The unopposed motion by National Employment Law Project, Economic Policy Institute, National Women's Law Center, and the Service Employees International Union for leave to file a brief as amici curiae in support of Defendants' cross-motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment is hereby GRANTED.