# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § § § | **CIVIL ACTION NO. 4:24-CV-00499-SDJ** |
| *Plaintiffs,* | § § § | **LEAD CASE** |
| **PLANO CHAMBER OF COMMERCE,** *et al.,* | § § § § | |
| *Cons. Plaintiffs,* | § § § | **CIVIL ACTION NO. 4:24-CV-00468-SDJ** |
| v. | § § § | |
| **UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU, in her Official Capacity as United States Secretary of Labor, THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR, and JESSICA LOOMAN, in her Official Capacity as Administrator of the Wage and Hour Division,** | § § § § § § § § § | |
| *Defendants.* | | |

**UNOPPOSED MOTION OF PROFESSORS DANIEL FARBER, JEFFREY LUBBERS, BIJAL SHAH, PETER M. SHANE, AND PETER STRAUSS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

Professors Daniel Farber, Jeffrey Lubbers, Bilal Shah, Peter M. Shane, and Peter Strauss move for leave to file an *amicus curiae* brief, filed along with this motion, in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment. Proposed *amici* are law professors who teach and write in the fields of administrative law, regulation, and statutory interpretation. Proposed *amici*'s counsel have conferred with counsel for all parties, who have indicated that they consent to this motion.

"The extent, if any, to which an *amicus curiae* should be permitted to participate in a pending action is solely within the broad discretion of the district court." *Edwards v. Oliver*, 2021 WL 11717751, at *1 (N.D. Tex. Mar. 4, 2021) (quoting *Sierra Club v. Fed. Emergency Mgmt. Agency*, 2007 WL 3472851 at *1 (S.D. Tex. Nov. 14, 2007). The court's discretion is informed by Federal Rule of Appellate Procedure 29. *Id*. Under Rule 29, an *amicus* "brief which brings relevant matter to the attention of the Court that has not already been brought to its attention by the parties is of considerable help to the Court." Fed. R. App. P. 29, note on 1998 amendment. This Court has already determined that several *amicus* briefs meet this standard in this case. ECF 49 and 54 (granting motions for leave to file *amicus* briefs).

Proposed *amici* believe that their brief will be useful to the Court in evaluating the impact of *Loper Bright Enterprises v. Raimondo*, 603 U.S. __ (2024) on this case and, if necessary, in evaluating the severability clause of the Department of Labor's "Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees" rule. The brief is being submitted while summary judgment briefing is underway, and its consideration will not delay these proceedings.

## CONCLUSION

Proposed *amici* respectfully request that the court grant leave to file their proposed brief.

Dated: August 15, 2024                              Respectfully submitted,

/s/ Mark B. Samburg_____
Mark B. Samburg
D.C. Bar No. 1018533
(admitted *pro hac vice*)
Carrie Y. Flaxman
D.C. Bar No. 458681
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-448-9090
msamburg@democracyforward.org
cflaxman@democracyforward.org

*Counsel for* amici curiae

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 9, 2024, counsel for all parties indicated via email that they consented to this motion.

/s/ Mark B. Samburg_____

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Mark B. Samburg_____