IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,**<br><br>*Plaintiffs,*<br><br>**PLANO CHAMBER OF COMMERCE,** *et al.,*<br><br>*Cons. Plaintiffs,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU,** in her Official Capacity as United States Secretary of Labor, **THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR,** and **JESSICA LOOMAN,** in her Official Capacity as Administrator of the Wage and Hour Division,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 4:24-CV-00499-SDJ**<br>**LEAD CASE**<br><br><br><br>**CIVIL ACTION NO. 4:24-CV-00468-SDJ** |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF PROFESSORS DANIEL FARBER, JEFFREY LUBBERS, BIJAL SHAH, PETER M. SHANE, AND PETER STRAUSS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

The unopposed motion by Professors Daniel Farber, Jeffrey Lubbers, Bijal Shah, Peter M. Shane, and Peter Strauss move for leave to file an *amicus curiae* brief, filed along with this motion, in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment is hereby granted.