UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO. 4:24-CV-499-SDJ LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL. v. UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § | CIVIL NO. 4:24-CV-468-SDJ |

## ORDER

Before the Court are two unopposed motions for leave to file *amicus curiae* briefs in support of Defendants. (Dkt. #61, #62). One group of amici consists of the National Employment Law Project and other employee-advocate groups, (Dkt. #61), and the other group consists of law professors, (Dkt. #62). Having considered the motions, the Court concludes that they should be granted.

It is therefore **ORDERED** that the motions, (Dkt. #61, #62), are **GRANTED**. The *amicus curiae* briefs, (Dkt. #61-1, #63), are deemed properly filed.

**So ORDERED and SIGNED this 16th day of August, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE