IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br>Case No. 4:24-cv-468-SDJ |

**UNOPPOSED MOTION TO ENLARGE PAGE LIMITATION**

Defendants, the United States Department of Labor, Julie A. Su, in her official capacity as Acting Secretary of Labor, the Wage and Hour Division of the Department of Labor, and Jessica Looman, in her official capacity as Administrator of the Wage and Hour Division, respectfully move to enlarge the page limitation to 25 pages for Defendants' reply in support of its motion for summary judgment (ECF No. 57). Good cause supports Defendants' request to exceed the presumptive 10-page limit for a single reply brief. *See* Local Rule CV-7(a)(1). To best aid the Court in deciding the merits of Plaintiffs' challenges, Defendants' brief must respond to two response briefs that raise distinct legal arguments. Defendants' brief must also address the Fifth Circuit's recent opinion in *Mayfield v. U.S. Department of Labor*, No. 23-50724 (5th Cir. Sept. 11, 2024), and respond to Plaintiffs' respective notices regarding that decision (ECF Nos. 67, 69). The requested enlargement of pages will facilitate Defendants' submission of such a brief. All Plaintiffs are unopposed to this motion.

| | |
|---|---|
| September 17, 2024 | Respectfully submitted, |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

*/s/ Christine L. Coogle*
Christine L. Coogle
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*

### Certificate of Conference

Undersigned counsel conferred with counsel for Plaintiffs in the consolidated cases, pursuant to Local Rule CV-7(h). All Plaintiffs are unopposed to Defendants' request for an enlargement of the page limitation.

*/s/ Christine L. Coogle*
Christine L. Coogle
