# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>PLANO CHAMBER OF COMMERCE *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DPEARTMENT OF LABOR *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-499-SDJ<br>(Lead Case)<br><br>Case No. 4:24-cv-468-SDJ |

## [PROPOSED] ORDER

The Court, having considered Defendants' Unopposed Motion to Enlarge Page Limitation, and for good cause shown, hereby **GRANTS** Defendants' motion.

Defendants shall file a reply brief not to exceed 25 pages.