UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO. 4:24-CV-499-SDJ<br>LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL.<br><br>v.<br>UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § § § § § | CIVIL NO. 4:24-CV-468-SDJ |

## ORDER

Before the Court is Defendants' Unopposed Motion to Enlarge Page Limitation. (Dkt. #70). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion, (Dkt. #70), is **GRANTED**. Defendants' reply in support of its motion for summary judgment shall not exceed 25 pages.

**So ORDERED and SIGNED this 18th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE