UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § § § | CIVIL NO. 4:24-CV-499-SDJ LEAD CASE |
|---|---|---|
| PLANO CHAMBER OF COMMERCE, ET AL. v. | § § § § | CIVIL NO. 4:24-CV-468-SDJ |
| UNITED STATES DEPARTMENT OF LABOR, ET AL. | § § | |

## ORDER SETTING HEARING

Before the Court are Plaintiffs Plano Chamber of Commerce, et al.'s Motion for Expedited Summary Judgment and Brief in Support, (Dkt. #46), Plaintiff State of Texas's Motion for Summary Judgment, (Dkt. #48), and Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment, (Dkt. #57). The motions are set for hearing on **Friday, November 8, 2024**, at **10:00 a.m.** at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas.

**So ORDERED and SIGNED this 31st day of October, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE