# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**STATE OF TEXAS, ET AL**

v.                                                                    Case No. 4:24cv499

**UNITED STATES DEPARTMENT OF LABOR, ET AL**

PLAINTIFF:  Maurice Baskin, Robert Friedman, Kathleen Hunker, Garrett Greene

DEFENDANT: Christine Coogle

      This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 11/8/2024.

**Motion Hearing (de#46, 48, 57)**

| Time | Event |
|---|---|
| 10:06 am | The Court called the case, noting the appearance of counsel and parties. |
| 10:08 am | The Court reviews the issues before the Court. |
| 10:11 am | Ms. Hunker presents argument to the Court. |
| 10:31 am | Mr. Baskin presents argument to the Court. |
| 10:47 am | Ms. Coogle presents argument to the Court. |
| 11:38 am | Rebuttal by Ms. Hunker. |
| 11:43 am | Rebuttal by Mr. Baskin. |
| 11:45 am | Response by Ms. Coogle. |
| 11:46 am | Court recessed for 5 minutes. |

| | |
|---|---|
| 11:59 am | Court resumes. |
| 11:59 am | Mr. Greene presents argument regarding remedies and severability. |
| 12:04 pm | Mr. Baskin addresses remedies and severability. |
| 12:09 pm | Response by Ms. Coogle. |
| 12:12 pm | Ms. Coogle addresses remedies and severability. |
| 12:19 pm | Court adjourned. |