UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | §<br>§<br>§ | CIVIL NO. 4:24-CV-499-SDJ<br>LEAD CASE |
| PLANO CHAMBER OF<br>COMMERCE, ET AL.<br><br>v. | §<br>§<br>§<br>§ | CIVIL NO. 4:24-CV-468-SDJ |
| UNITED STATES DEPARTMENT<br>OF LABOR, ET AL. | §<br>§ | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order on this date, (Dkt. #76), it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs' Motions for Summary Judgment, (Dkt. #46, #48), are **GRANTED**. Defendants' Cross-Motion for Summary Judgment, (Dkt. #57), is **DENIED**. The Court thus enters Final Judgment in favor of Plaintiffs, the State of Texas and the coalition of trade associations and employers ("Business Organizations")[1], and against Defendants, United States Department of Labor, The Wage and Hour Division of the Department of Labor, Julie Su, and Jessica Looman in their official capacities.

---

[1] This group of Plaintiffs includes Plano Chamber of Commerce, American Hotel and Lodging Association, Associated Builders and Contractors, International Franchise Association, National Association of Convenience Stores, National Association of Home Builders, National Association of Wholesaler-Distributors, National Federation of Independent Business, Inc., National Retail Federation, Restaurant Law Center, Texas Restaurant Association (collectively, the "trade associations"), Cooper General Contractors, and DASE Blinds.

1

It is further **ORDERED**, **ADJUDGED,** and **DECREED** that:

1. Final Judgment is entered in favor of the State of Texas on Count I in the Complaint in Cause Number 4:24-cv-499. (Dkt. #1 at ¶¶ 342–348). Final Judgment is also entered for the Business Organizations on Counts I–II in the Complaint in Cause Number 4:24-cv-468 (Dkt. #1 at ¶¶ 47–61).

2. The Court does not reach the State of Texas's Counts II–VI in the Complaint in Cause Number 4:24-cv-499 (Dkt. #1 at ¶¶ 349–372). Nor does the Court reach the Business Organizations' Count III in the Complaint in Cause Number 4:24-cv-468 (Dkt. #1 at ¶¶ 62–68).

3. The Court **VACATES** and **SETS ASIDE**, in its entirety, the Department of Labor's Final Rule "Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales, and Computer Employees, 89 Fed. Reg. 32842 (Apr. 26, 2024) (codified at 29 C.F.R. §§ 541.0–541.710). The Court remands this matter to the Secretary of Labor for further consideration.

4. The Court **DENIES** all other requested relief. Any pending motions are **DENIED** as **MOOT**.

5. The Clerk is directed to close these consolidated actions.

So ORDERED and SIGNED this 15th day of November, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE