UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

STATE OF TEXAS,

          Plaintiff,

     v.

U.S. DEPARTMENT OF LABOR *et al.*,

          Defendants.

Case No. 4:24-cv-499

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that Christine L. Coogle, trial attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby withdraws her appearance on behalf of Defendants in this matter. The undersigned is departing the U.S. Department of Justice on March 14, 2025, and therefore will no longer be participating in this case. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Christine L. Coogle*
Christine L. Coogle (D.C. Bar No. 1738913)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*