UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>                     Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>                     Defendants. | Case No. 4:24-CV-499 |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Arjun Mody's motion to withdraw as counsel for Defendants is GRANTED.