# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2026

Lyle W. Cayce
Clerk

————————

No. 24-40777

————————

STATE OF TEXAS; PLANO CHAMBER OF COMMERCE; AMERICAN
HOTEL AND LODGING ASSOCIATION; ASSOCIATED BUILDERS
AND CONTRACTORS; INTERNATIONAL FRANCHISE
ASSOCIATION; NATIONAL ASSOCIATION OF CONVENIENCE
STORES; NATIONAL ASSOCIATION OF HOME BUILDERS;
NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS;
NATIONAL FEDERATION OF INDEPENDENT BUSINESS,
INCORPORATED; NATIONAL RETAIL FEDERATION; RESTAURANT
LAW CENTER; TEXAS RESTAURANT ASSOCIATION; COOPER
GENERAL CONTRACTORS; DASE BLINDS,

*Plaintiffs—Appellees*,

*versus*

UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-
DEREMER, *Secretary, U.S. Department of Labor*; WAGE AND HOUR
DIVISION OF THE DEPARTMENT OF LABOR; JESSICA LOOMAN, *In
Her Official Capacity as Administrator of the Wage and Hour Division*,

*Defendants—Appellants.*

————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-499
USDC No. 4:24-CV-468

————————————————————

No. 24-40777

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of May 05, 2026, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT