# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-40777   State of Texas v. LABR
                 USDC No. 4:24-CV-499
                 USDC No. 4:24-CV-468

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Angelique B. Tardie, Deputy Clerk
        504-310-7715

Mr. Maurice Baskin
Mr. Robert Francois Friedman
Mr. Garrett M. Greene
Ms. McKaye Lea Neumeister
Mr. David O'Toole
Mr. Michael S. Raab
Mr. Cory A. Scanlon